No. 78–1844.  UNION ELECTRIC CO. *v.* ENVIRONMENTAL PROTECTION AGENCY.  C. A. 8th Cir.  Certiorari denied.  ▮

No. 78–1846.  STOVALL ET AL. *v.* PATTERSON ET AL.  C. A. 7th Cir.  Certiorari denied.  ▮

No. 78–1847.  GERACI *v.* ST. XAVIER HIGH SCHOOL ET AL. Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 78–1848.  UNITED STATES EX REL. PETROFSKY *v.* VAN COTT, BAGLEY, CORNWALL & McCARTHY ET AL.  C. A. 10th Cir.  Certiorari denied.  ▮

No. 78–1851.  HARRIS *v.* H. SCHULDT REEDEREI.  C. A. 4th Cir.  Certiorari denied.▮ ▮

No. 78–1853.  McDONNELL DOUGLAS CORP. *v.* GENERAL TELEPHONE COMPANY OF CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.  ▮

No. 78–1857.  BLASI *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  ▮

No. 78–1858.  NATIONAL CAUCUS OF LABOR COMMITTEES ET AL. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW).  C. A. 2d Cir.  Certiorari denied.

No. 78–1859.  GREY LINE AUTO PARTS, INC. *v.* THARP ET. AL.  C. A. 4th Cir.  Certiorari denied.  ▮

No. 78–1860.  LEAVITT *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.  ▮

No. 78–1861.  MIKE YUROSEK & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.  ▮